IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VELMA R. SCOTT,<br><br>    Plaintiff,<br><br>    v.<br><br>KINDRED HOSPITALS LIMITED PARTNERSHIP d/b/a KINDRED HOSPITAL-ATLANTA,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:06-CV-0076-WSD-GGB |

## **ORDER**

This action is before the undersigned on three pro se motions filed by Plaintiff: (1) Motion for Reconsideration of this Court's Order Granting Plaintiff Leave to File an Amended Complaint (Doc. 31); (2) Motion for a Court [Settlement] Conference (Doc. 32); and (3) Motion for Reconsideration of the Magistrate Judge's Non-Final Report and Recommendation (Doc. 33). For the reasons below, all three motions [Docs. 31, 32, & 33] are **DENIED**.

First, given that Plaintiff filed an amended complaint in this action (see Doc. 30), Plaintiff's Motion for Reconsideration of this Court's Order Granting Plaintiff Leave to File an Amended Complaint [Doc. 31] is **DENIED as moot**.

Second, given Defendant's opinion that mediation at this time, prior to the completion of discovery, would be not be productive and would not lead to settlement

AO 72A
(Rev.8/82)

of the case (see Doc. 34), Plaintiff's Motion for a Court Conference [Doc. 32] is **DENIED**.

Finally, given that the undersigned's Non-Final Report and Recommendation has been submitted to the District Court and that Plaintiff has filed objections to that Report and Recommendation with the District Court (see Doc. 35), any ruling by the undersigned on Plaintiff's Motion for Reconsideration of the Report and Recommendation (Doc. 33) would run afoul of the procedures associated with the submission of reports and recommendations and the filing of objections thereto. (See Doc. 28, attached Service Order (explaining to the parties the proper procedures for filing objections to the Report and Recommendation at issue)). Accordingly, Plaintiff's Motion for Reconsideration of the Magistrate Judge's Non-Final Report and Recommendation [Doc. 33] is **DENIED**.

**IT IS SO ORDERED**, this 22nd day of August, 2006.

/s/ Gerrilyn G. Brill
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE